# UNITED STATES BANKRUPTCY COURT
## District of Colorado

| | |
|---|---|
| In re:  Lake Loveland Dermatology, P.C.  Debtor. | Case No. 19-11659 MER  Chapter 11 |
| Lake Loveland Dermatology, P.C.,  Plaintiffs,  v.  790 Eisenhower, LLC,  Defendants. | Adv. Case No. 19-01233-MER |

## STIPULATED NOTICE OF SETTLEMENT AND MOTION TO HOLD CASE IN ABEYANCE

Plaintiff Lake Loveland Dermatology, P.C. ("Plaintiff") and 790 Eisenhower, LLC ("Eisenhower") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submits this Stipulated Notice of Settlement and Motion to Hold Case in Abeyance, and states as follows:

1. The Parties have reached a settlement agreement in principle that fully resolves this adversary proceeding, among other pending matters.

2. The Parties are currently finalizing and reducing their settlement agreement to writing.

3. The Parties will promptly notify the Court when the settlement

agreement is fully executed and final, and upon Court approval, will jointly dismiss this case with prejudice.

4. In the interim, to preserve judicial and Party resources, the Parties respectfully request that the Court hold all pending deadlines, orders, and proceedings in this adversary litigation in abeyance.

WHEREFORE, the Parties respectfully request that the Court hold all pending deadlines, orders, and proceedings in this adversary litigation in abeyance until the Parties are able to finalize their settlement agreement.

Dated this 7th day of January, 2020.

Respectfully submitted,

Allen Vellone Wolf Helfrich & Factor P.C.

/s/ Jordan Factor
Jordan Factor, Esq.
Michael Gilbert, Esq.
Jeremy T. Jonsen, Esq.
1600 Stout Street, Suite 1100
Denver, Colorado 80202
Phone Number: (303) 534-4499
jfactor@allen-vellone.com
mgilbert@allen-vellone.com
jjonsen@allen-vellone.com

**COUNSEL FOR LAKE LOVELAND DERMATOLOGY, P.C.**

Markus Williams Young & Hunsicker

*/s/Matthew T. Faga*
Matthew T. Faga, Esq.
1700 Lincoln St., Suite 4500
Denver, CO 80203
Phone Number: (303) 318-0120
mfaga@markuswilliams.com

**COUNSEL FOR 790 EISENHOWER, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of January 2020, I caused the foregoing **STIPULATED NOTICE OF SETTLEMENT AND MOTION TO HOLD CASE IN ABEYANCE**, to be served by CM/ECF to the following:

Frank W. Visciano: fvisciano@senlaw.com, counsel for Defendant
Matthew T. Faga: mfaga@markuswilliams.com, counsel for Defendant
jsalisbury@markuswilliams.com, counsel for Defendant

/s/ Lisa A. Vos
Allen Vellone Wolf Helfrich & Factor P.C.