UNITED STATES BANKRUPTCY COURT
District of Colorado

| | |
|---|---|
| In re:    Lake Loveland Dermatology, P.C. | Case No. 19-11659 MER |
| Debtor. | Chapter 11 |
| Lake Loveland Dermatology, P.C., | Adv. Case No. 19-01233-MER |
| Plaintiffs, v. | |
| 790 Eisenhower, LLC, | |
| Defendants. | |

## ORDER GRANTING STIPULATED NOTICE OF SETTLEMENT AND MOTION TO HOLD CASE IN ABEYANCE

The Court, having reviewed the Stipulated Notice of Settlement and Motion to Hold Case in Abeyance, and being advised in the premises, hereby ORDERS:

All pending deadlines, orders, and proceedings in this adversary litigation shall be held in abeyance until the parties are able to finalize their settlement agreement.

Date: January 8, 2020

BY THE COURT:

Judge Michael E. Romero
United States Bankruptcy Judge